

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their motion for rehearing and motion for en banc reconsideration is GRANTED. Appellees' deadline for filing their motion for rehearing and motion for en banc reconsideration is extended to January 20, 2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court